NO. 07-09-00343-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 6, 2011

SOUTH PLAINS LAMESA RAILROAD, LTD.,
AND LARRY DALE WISENER, APPELLANTS

v.

THE KITTEN FAMILY LIVING TRUST, APPELLEES

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-529,345; HONORABLE WILLIAM C. SOWDER, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**CONCURRING OPINION**

My colleagues find appellants' Issue Two, in which they challenge the manner in which the trial court submitted this dispute to the jury, dispositive of the appeal. I cannot join in either Justice Pirtle's or Chief Justice Quinn's opinions concerning Issue Two. I join, however, in Justice Pirtle's discussion of appellant's Issue Three, regarding the admission of evidence of appellant Wisener's arrest. For that reason, I join also in the Court's judgment reversing and remanding the case.

James T. Campbell
Justice